1  JOHN J. DAVIS JR., SBN 65594
E-MAIL: jjdavis@dcbsf.com
ERIC B. MYERS, SBN 223125
2  EMAIL: ebm@dcbsf.com

**DAVIS, COWELL & BOWE, LLP**
3  ATTORNEYS AT LAW
595 MARKET STREET – SUITE 1400
SAN FRANCISCO, CALIFORNIA 94105
4  TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

5
Attorneys for *Qui Tam* Plaintiffs and Relators
6     Bill Haley, Harry Rotz and Lew Long

7  P. RANDOLPH FINCH JR., SBN 185004
E-MAIL: pfinch@mftb.com
8  DUSTIN R. JONES, SBN 251335
EMAIL: djones@mftb.com
9  **MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
10  4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
11  TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

12  Attorneys for Defendants Balfour Beatty Infrastructure, Inc.,
13     Crandall Bates, Reginald Chamberlain, C. William
Clark, Brian Miller, Travis Price and Chris Rutherford

14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18  EAST BAY MUNICIPAL UTILITY           CASE NO:  13-CV-02032 WHO
DISTRICT; SACRAMENTO COUNTY
19  WATER AGENCY; FREEPORT WATER         STIPULATION AND ORDER TO REMAND
AUTHORITY; CITY OF SACRAMENTO;
20  CITY OF ROSEVILLE; and CITY OF RIO   Assigned to:
VISTA,                               Hon. William H. Orrick, Courtroom 2
21
*ex rel.* BILL HALEY; HARRY          Complaint Filed:   October 26, 2012
22     ROTZ; and LEW LONG,               Trial Date:        Not Set

23        Plaintiffs,

24  v.

25  BALFOUR BEATTY
INFRASTRUCTURE, INC. and DOES 1
26  through 100,

27        Defendants.

28  / / / / /

This stipulation is entered into between *qui tam* plaintiffs and relators Bill Haley, Harry Rotz and Lew Long (collectively "Plaintiffs") and defendants Balfour Beatty Infrastructure, Inc., Crandall Bates, Reginald Chamberlain, C. William Clark, Brian Miller, Travis Price and Chris Rutherford (collectively "Defendants").  Defendants and Plaintiffs stipulate through counsel as follows:

1.      In light of the Court's ruling that the individual defendants named in the First Amended Complaint will not be stricken, the parties agree that, while this action was removed in good faith, there is no longer a basis for federal jurisdiction over it based on the allegations in the First Amended Complaint.

2.      There is no diversity jurisdiction, because at least some of the Defendants are, and were when the action was filed, citizens of California, as are the Plaintiffs.

3.      There is no federal-question jurisdiction, because the causes of action pleaded on the face of the First Amended Complaint are based in state law, not federal law.  Nor is Section 301 of the Labor-Management Relations Act implicated based on the allegations in the First Amended Complaint.

4.      There is no other basis for federal jurisdiction over this action at this time based on the allegations in the First Amended Complaint.

5.      Pending completion of the remand and the other steps outlined in this agreement, Plaintiffs will not request entry of Defendants' defaults.

6.      The parties stipulate that no later than 45 days after entry of the order to remand, Plaintiffs will file a Second Amended Complaint that pleads the per-person ratio that applied to the hiring of Laborer apprentices by virtue of variance letters issued by the Division of Apprenticeship Standards, rather than the per-hour requirement.  The Second Amended Complaint will add no new causes of action or additional allegations other than those needed to allege violations of the per-person ratio requirement.  The parties will execute any stipulation and proposed order needed for the Superior Court's permission to file the Second Amended Complaint.

2

MARKS, FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

7.      The parties agree that, once Plaintiffs file the Second Amended Complaint, a stay of the action is appropriate until the California First District Court of Appeal issues its decision in *Henson v. C. Overaa & Co.*  Accordingly, within 10 days of the filing of the Second Amended Complaint, the parties agree to execute and file an appropriate stipulation and proposed order to stay the action until the California First District Court of Appeal issues its decision in *Henson v. C. Overaa & Co.*  The parties agree to execute any stipulation and proposed order needed for the Superior Court's permission to stay the action until the California First District Court of Appeal issues its decision in *Henson v. C. Overaa & Co.*  The stay will extend the time within which Defendants would otherwise be required to respond to or address the Second Amended Complaint.  The stay will be vacated once the Court of Appeal issues its decision in *Henson v. C. Overaa & Co.*

8.      Defendants will not respond to the Second Amended Complaint before the stay takes effect.  Defendants' response(s) must be filed within 30 days after the stay is vacated.

9.      This agreement does not constitute an admission by any party.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

3

STIPULATION AND ORDER TO REMAND13-CV-02032 WHO

10.     In light of the lack of federal jurisdiction over this action at this time based on the allegations in the First Amended Complaint, the parties request that the Court REMAND the case back to Department 17 of the Alameda County Superior Court before Judge George C. Hernandez, Jr.

SO STIPULATED.

DATED:  July 16, 2014                    Respectfully submitted,

                                         MARKS, FINCH, THORNTON & BAIRD, LLP


                                         By:     /s/ P. Randolph Finch Jr.
                                                 P. RANDOLPH FINCH JR.
                                                 DUSTIN R. JONES
                                         Attorneys for Defendants Balfour Beatty Infrastructure,
                                         Inc., Crandall Bates, Reginald Chamberlain, C. William
                                         Clark, Brian Miller, Travis Price and Chris Rutherford
                                         E-mail(s):  pfinch@mftb.com
                                                     djones@mftb.com


DATED:  July 16, 2014                    DAVIS, COWELL & BOWE, LLP


                                         By:     /s/ John J. Davis Jr.
                                                 JOHN J. DAVIS, JR.
                                                 ERIC B. MYERS
                                         Attorneys for Qui Tam Plaintiffs and Relators Bill Haley,
                                         Harry Rotz and Lew Long
                                         E-mail(s):  jjdavis@dcbsf.com
                                                     ebm@dcbsf.com

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

STIPULATION AND ORDER TO REMAND13-CV-02032 WHO

1

ORDER

2

PURSUANT TO STIPULATION and based on the absence of federal jurisdiction over

3 this action, this action is hereby REMANDED to Department 17 of the Alameda County

4 Superior Court before Judge George C. Hernandez, Jr.

5

6 DATED:  July 17, 2014

7

WILLIAM H. ORRICK
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARKS, FINCH,
THORNTON & BAIRD, LLP
4747 Executive
Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

5

STIPULATION AND ORDER TO REMAND13-CV-02032 WHO